**STATE v. FORREST**

[359 N.C. 424 (2005)]

STATE OF NORTH CAROLINA v. WILLIE FORREST, III

No. 270A04

(Filed 5 May 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 164 N.C. App. 272, 596 S.E.2d 22 (2004), finding no error in judgments entered 7 March 2003 by Judge W. Osmond Smith in Superior Court, Wake County. Heard in the Supreme Court 18 April 2004.

*Roy Cooper, Attorney General, by Kevin Anderson, Assistant Attorney General, for the State.*

*Irving Joyner for defendant-appellant.*

*Robert P. Mosteller, Cooperating Attorney, for the American Civil Liberties Union of North Carolina and the North Carolina Academy of Trial Lawyers, amici curiae.*

PER CURIAM.

AFFIRMED.